DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Elenita A. Santos

F I L E D
Clerk
District Court

JUL 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS, | CIVIL CASE NO. 04-0030 |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED, | |
| Defendants. | |

The undersigned does hereby certify that copy of **MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AND FOURTH CAUSES OF ACTION** was served as follows:

By hand delivery on July 20, 2005 upon:

Ana Secharkebur for Colin Thompson, Esq.
Gualo Rai, Saipan, MP 96950

Dated this 26th day of July, 2005.

_____
Alexander L. Lopez

1
3087-01-050722-PL-ProofService-rcr