F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Century Insurance Company Ltd. and
Hongkong Entertainment (Overseas) Investment Ltd.*

## IN THE DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA S. SANTOS and ANGEL SANTOS<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENT LTD .dba, TINIAN DYNASTY HOTEL & CASINO and CENTURY INSURANCE CO., LTD.<br><br>Defendants. | Civil Action No. 04-0030<br><br>DECLARATION OF ALFRED YUE IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date : August 11, 2005<br>Time : 8:00 a.m.<br>Judge: Tashima, Sr. Circuit Judge |

I, Alfred Yue, do declare that:

1.   I am the Managing Director of Hongkong Entertainment (Overseas) Investment Ltd. dba Tinian Dynasty. I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

2.   Plaintiffs have yet to designate their expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) and have not produced the expert reports required by Rule.

3.   Defendants consequently have not been able to examine Plaintiffs' expert reports and have not deposed Plaintiffs' experts.

4.   The time for designating Defendants' experts has yet to arrive. Defendants need time to

1

consult with their expert witnesses in order to obtain evidence to counter the facts and inferences included in Plaintiffs' declarations filed in support of her motion for partial summary judgment.

5. For example, defendants have not yet evaluated the assertions of Dr. Hofer relating to emotional trauma allegedly caused by the accident. Plaintiffs have yet to produce expert reports as required by Rule. Consequently, Defendants have yet to consult with an expert regarding Dr. Hofer's opinions and the time for the designation of Defendants Experts has not arrived. Therefore, we have no basis to independently evaluate and oppose Plaintiffs' assertions as to the proximate cause of these alleged injuries.

6. Also, Defendants have yet to take the deposition of the Plaintiff and evaluate her testimony in light of expert opinion about the proximate cause of her fall.

7. Furthermore, the initial opinion of the Defendant's retained Orthopaedic expert, Dr. Rafael Claudio attributes much of the Plaintiff's injuries to subsequent treatment and there is a genuine issue about the proximate cause of her current condition.

8. It is essential to our defense that we have the opportunity to examine the qualifications and foundations for the facts and opinions put forward in the declarations supporting Plaintiffs Motion for Summary Judgment.

9. Tinian Dynasty has never been cited for a building code violation relating to the absence of a handrail on the stairway that is the subject of this lawsuit.

10. Tinian Dynasty was issued a certificate of occupancy for the Hotel that was valid at all times relevant to the instant complaint.

11. Tinian Dynasty maintains policies and procedures for the safety and protection of our hotel guests to protect them from unreasonable risk of harm.

12. Tinian Dynasty has no knowledge of anyone other than Mrs. Santos, ever falling on the stairway that is the subject of this lawsuit.

I declare by penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this 28th day of July, 2005.

_____
**ALFRED YUE**
Managing Director, Hongkong Entertainment (Overseas) Investment, Ltd.