Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Century Insurance Company Ltd. and*
*Hongkong Entertainment (Overseas) Investment Ltd.*

F I L E D
Clerk
District Court

JUL 2 8 2005

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ELENITA S. SANTOS and ANGEL SANTOS** | Civil Action No. 04-0030 |
| **Plaintiffs,** | |
| vs. | **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS** |
| **HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENT LTD .dba, TINIAN DYNASTY HOTEL & CASINO and CENTURY INSURANCE CO., LTD.** | Date : August 11, 2005<br>Time : 8:00 a.m. |
| **Defendants.** | Judge: Tashima, Sr. Circuit Judge |

Based on the Plaintiffs' filing of their Motion to Amend the First Amended Compliant and the proposed Second Amended Complaint, Defendants withdraw their Motion to Dismiss.

Dated this 28th day of July, 2005.

_____
COLIN M. THOMPSON, ESQ.
Attorney for Century Insurance Co., Ltd. and Hongkong Entertainment (Overseas) Investment, Ltd.