FILED
Clerk
District Court

JUL 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Century Insurance Company Ltd. and*
*Hongkong Entertainment (Overseas) Investment Ltd.*

### IN THE DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA S. SANTOS and ANGEL SANTOS<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENT LTD .dba, TINIAN DYNASTY HOTEL & CASINO and CENTURY INSURANCE CO., LTD.<br><br>Defendants. | Civil Action No. 04-0030<br><br>NON OPPOSITION TO MOTION TO AMEND FIRST AMENDED COMPLAINT<br><br>Date : August 11, 2005<br>Time : 8:00 a.m.<br>Judge: Tashima, Sr. Circuit Judge |

Based in large measure on this Court's Order Granting Plaintiffs' Motion to Amend Complaint filed on June 23, 2005, Defendants do not oppose Plaintiffs' Motion to Amend the First Amended Complaint. This non-opposition is not a concession that the Defendants will suffer no prejudice because of the timing of this amendment and this non-opposition is not intended as a waiver of any right including, but not limited to, the right to move this Court for amendment of the case management order to allow additional time for discovery.

Dated this 28th day of July, 2005.

_____
COLIN M. THOMPSON, ESQ.
Attorney for Century Insurance Co., Ltd. and Hongkong Entertainment(Overseas) Investment, Ltd.