FILED
Clerk
District Court

AUG 09 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  DAVID G. BANES, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Plaintiffs Elenita A. Santos and Angel Santos

6
                   IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN MARIANA ISLANDS

8

9  ELENITA A. SANTOS and            )   CIVIL CASE NO. 04-0030
   ANGEL SANTOS,                    )
10                                  )
                                    )
11         Plaintiffs,              )   PROOF OF SERVICE
                                    )
12         vs.                      )
                                    )
13                                  )
   HONGKONG ENTERTAINMENT           )
14 (OVERSEAS) INVESTMENTS LIMITED   )
   dba TINIAN DYNASTY HOTEL &       )
15 CASINO, and CENTURY INSURANCE    )
   CO. LIMITED,                     )
16                                  )
                                    )
17         Defendants.              )

18
        The undersigned does hereby certify that copy of **REPLY TO DEFENDANTS'
19
   OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
20
   was served as follows:
21

22      By hand delivery on August 4, 2005 upon:

23         Emily Licop for Colin Thompson, Esq.
           Gualo Rai, Saipan, MP 96950
24

25      Dated this 9th day of August, 2005.

26

27                                            _____
                                                    Alexander L. Lopez
28

1
3087-01-050805-PL-ProofService-rcr