FILED
Clerk
District Court

AUG 10 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **DAVID G. BANES, Esq.**
   **O'Connor Berman Dotts & Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP 96950**
   **Telephone No. (670) 234-5684**
4  **Facsimile No. (670) 234-5683**

5  **Attorneys for Plaintiffs Elenita A. Santos and Angel C. Santos**

6

7            **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN MARIANA ISLANDS**

8

9  **ELENITA A. SANTOS and**            )   **CIVIL CASE NO. 04-0030**
   **ANGEL C. SANTOS,**                 )
10                                      )
                                        )
11            **Plaintiffs,**           )   **STIPULATION AND**
                                        )   **[Proposed] ORDER**
12            **vs.**                   )
                                        )
13                                      )   **Judge:  Munson, Chief Judge**
   **HONGKONG ENTERTAINMENT**           )   **Date:   N/A**
14 **(OVERSEAS) INVESTMENTS LIMITED**   )   **Time:   N/A**
   **dba TINIAN DYNASTY HOTEL &**       )
15 **CASINO, and CENTURY INSURANCE**    )
   **CO. LIMITED,**                     )
16                                      )
                                        )
17            **Defendants.**           )

18

19         **COMES NOW** Plaintiffs and Defendants, by and through counsel, and stipulate and

20  agree as follows:

21

22         1.     The Motions for Partial Summary Judgment, for Leave to File Third-Party

23  Complaint and to Strike Counsel's Declaration are continued until September 1, 2005 at 9:00

24  a.m.  By continuing the Motion for Leave to File Third-Party Complaint, Plaintiffs agree not to

25  argue that this continuance caused the Motion to be untimely.

26

27         2.     As to Defendant's Motion to Dismiss, it has already been withdrawn.  As to

28  Plaintiffs' Motion to Further Amend the Complaint, Defendants previously filed a "Non-

*ORIGINAL*

Opposition". The parties stipulate that the Amended Complaint is further Amended in the form attached to Plaintiffs' Motion and this Second Amended Complaint is deemed filed and served as of August 11, 2005. Defendants shall have until August 29, 2005 to respond.

3.    The Case Management Scheduling Order dated December 16, 2004 as amended, is further amended as follows:

      a.    Plaintiffs shall disclose their experts on or before August 15, 2005;

      b.    Defendants shall disclose their experts on or before September 15, 2005;

      c.    Expert discovery shall be completed by September 25, 2005.

4.    This stipulation is without prejudice for Defendants to request a continuance of the trial set for October 11, 2005 and for Plaintiffs to object to any such request.

SO STIPULATED AND AGREED:

_____
Colin M. Thompson
Counsel for Century Insurance Co., Ltd.

_____
David G. Banes
Counsel for Elenita A. and Angel C. Santos

**ORDER**

The Motions for Partial Summary Judgment for Leave to File a Third-Party Complaint and to Strike Counsel's Declaration are continued until September 1, 2005 at 9:00 a.m.

The parties' further amendment to the Case Management Scheduling Order, as amended by Order dated May 16, 2005 is hereby GRANTED/~~DENIED~~. The terms of paragraph 2 of the stipulation above are hereby incorporated by reference into this Order.

SO ORDERED: _August 10, 2005_.

FOR  _____
ALEX R. MUNSON,
Chief Judge

RECEIVED

AUG 10 2005

Clerk
District Court
of The Northern Mariana Islands

3