1   **DAVID G. BANES, Esq.**

    **O'Connor Berman Dotts & Banes**
2   **Second Floor, Nauru Building**
    **P.O. Box 501969**
3   **Saipan, MP 96950**
    **Telephone No. (670) 234-5684**
4   **Facsimile No. (670) 234-5683**

5   **Attorneys for Plaintiff Elenita A. Santos**

6

7               **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN MARIANA ISLANDS**
8

9   ELENITA A. SANTOS,              )  **CIVIL CASE NO. 04-0030**
                                    )
10          Plaintiff,              )
                                    )
11      vs.                         )  **PROOF OF SERVICE**
                                    )
12                                  )
                                    )
13  HONGKONG ENTERTAINMENT          )
    (OVERSEAS) INVESTMENTS LIMITED  )
14  dba TINIAN DYNASTY HOTEL &      )
    CASINO, and CENTURY INSURANCE   )
15  CO. LIMITED,                    )
                                    )
16          Defendants.             )
                                    )
17  _____)

18          The undersigned does hereby certify that copy of **MEMORANDUM IN OPPOSITION**

19  **OF MOTION TO FILE THIRD-PARTY COMPLAINT and EXHIBITS TO**

20  **MEMORANDUM IN OPPOSITION OF MOTION TO FILE THIRD-PARTY**

21  **COMPLAINT** was served as follows:

22          By hand delivery on July 15, 2005 upon:

23              Emily Licop for Colin Thompson, Esq.
24              Gualo Rai, Saipan, MP 96950

25          Dated this *14th* day of August, 2005.

26

27                                  _Rosemarie G. Agulto_
                                    Rosemarie G. Agulto
28

1

F I L E D
Clerk
District Court

AUG 1 1 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)