F I L E D
Clerk
District Court

AUG 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | **DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
2 | **Second Floor, Nauru Building**
**P.O. Box 501969**
3 | **Saipan, MP 96950**
**Telephone No. (670) 234-5684**
4 | **Facsimile No. (670) 234-5683**

5 | **Attorneys for Plaintiff Elenita A. Santos**

6

7 | ## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

8

| | |
|---|---|
| **ELENITA A. SANTOS,** ) | **CIVIL CASE NO. 04-0030** |
| ) | |
| **Plaintiff,** ) | |
| ) | **PROOF OF SERVICE** |
| **vs.** ) | |
| ) | |
| ) | |
| **HONGKONG ENTERTAINMENT** ) | |
| **(OVERSEAS) INVESTMENTS LIMITED** ) | |
| **dba TINIAN DYNASTY HOTEL &** ) | |
| **CASINO, and CENTURY INSURANCE** ) | |
| **CO. LIMITED,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

The undersigned does hereby certify that copy of **NOTICE OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT; MOTION TO AMEND FIRST AMENDED COMPLAINT and PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** was served as follows:

By hand delivery on July 15, 2005 upon:

Emily Licop for Colin Thompson, Esq.
Gualo Rai, Saipan, MP 96950

Dated this _14th_ day of August, 2005.

_____
Rosemarie G. Agulto

1