| | |
|---|---|
| DAVID G. BANES, Esq.<br>O'Connor Berman Dotts & Banes<br>Second Floor, Nauru Building<br>P.O. Box 501969<br>Saipan, MP 96950<br>Telephone No. (670) 234-5684<br>Facsimile No. (670) 234-5683 | FILED<br>Clerk<br>District Court<br><br>AUG 15 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

Attorneys for Plaintiffs Elenita A. Santos and Angel Santos

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and<br>ANGEL SANTOS,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT<br>(OVERSEAS) INVESTMENTS LIMITED<br>dba TINIAN DYNASTY HOTEL &<br>CASINO, and CENTURY INSURANCE<br>CO. LIMITED,<br><br>    Defendants. | ) CIVIL CASE NO. 04-0030<br>)<br>)<br>)<br>) PROOF OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    The undersigned does hereby certify that copy of **REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was served as follows:

    By hand delivery on August 4, 2005 upon:

        Emily Licop for Colin Thompson, Esq.
        Gualo Rai, Saipan, MP 96950

    Dated this 15th day of August, 2005.

                                            _____
                                            Alexander L. Lopez