DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Elenita A. Santos and Angel Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL SANTOS,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED,<br><br>    Defendants. | CIVIL CASE NO. 04-0030<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **PLAINTIFFS' EXPERT WITNESS DISCLOSURE** was served as follows:

By hand delivery on August 15, 2005 upon:

    Emily Licop for Colin Thompson, Esq.
    Gualo Rai, Saipan, MP 96950

Dated this 17th day of August, 2005.

                                          Alexander L. Lopez