F I L E D
Clerk
District Court

AUG 1 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
2 | Second Floor, Nauru Building
P.O. Box 501969
3 | Saipan, MP 96950
Telephone No. (670) 234-5684
4 | Facsimile No. (670) 234-5683

5 | Attorneys for Plaintiffs Elenita A. Santos and Angel Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED,<br><br>Defendants. | CIVIL CASE NO. 04-0030<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **NOTICE OF DEPOSITION FOR CENTURY INSURANCE CO., LTD** and **PLAINTIFFS' SECOND AMENDED COMPLAINT** was served as follows:

By hand delivery on August 12, 2005 upon:

    Ana Secharkebur for Colin Thompson, Esq.
    Gualo Rai, Saipan, MP 96950

Dated this _19th_ day of August, 2005.

                                                        _/s/ Rosemarie G. Agulto_
                                                        Rosemarie G. Agulto