DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Elenita A. Santos and Angel Santos

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL SANTOS, | CIVIL CASE NO. 04-0030 |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED, | |
| Defendants. | |

The undersigned does hereby certify that copy of **NOTICE OF DEPOSITION FOR TINIAN DYNASTY HOTEL & CASINO** was served as follows:

By hand delivery on August 11, 2005 upon:

    Ana Secharkebur for Colin Thompson, Esq.
    Gualo Rai, Saipan, MP 96950

Dated this 19th day of August, 2005.

_____
Rosemarie G. Agulto

1
3087-01-050819-PL-ProofService-rcr