FILED
Clerk
District Court

AUG 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Colin M. Thompson, Esq.
   Law Offices of Colin M. Thompson
2  J.E. Tenorio Building
   PMB 917 Box 10001
3  Saipan, Mariana Islands 96950
   Telephone: (670) 233-0777
4  Facsimile:  (670) 233-0776

5  *Attorney for Century Insurance Company Ltd. and
   Hongkong Entertainment (Overseas) Investment Ltd.*

6

7                    IN THE DISTRICT COURT

                           FOR THE
8
                   NORTHERN MARIANA ISLANDS
9

10 ELENITA S. SANTOS and          )   Civil Action No. 04-0030
   ANGEL SANTOS                   )
11                                )
                Plaintiffs,       )
12                                )   NOTICE OF MOTION AND
          vs.                     )   MOTION FOR PROTECTIVE
13                                )   ORDER
   HONGKONG ENTERTAINMENT         )
14 (OVERSEAS) INVESTMENT LTD .dba,)
   TINIAN DYNASTY HOTEL & CASINO and )
   CENTURY INSURANCE CO., LTD.    )   Date : SEPTEMBER 1, 2005
15                                )   Time : 9:00
                Defendants.       )   Judge : Hon. Alex R. Munson
16 _____)

17

18                          **NOTICE**

19     **PLEASE TAKE NOTICE** that, on SEPT 1, 2005, at 9:00 a.m., or as soon

20 thereafter as it may be heard, Defendant, Century Insurance Co. Ltd. and Hongkong Entertainment

21 Investment, Ltd., through Counsel, shall move this Court for a Protective Order.

22

23

24

25

                                   1

**MOTION**

Defendants, Hongkong Entertainment Investment Ltd. and Century Insurance Co. Ltd. move this Court for a protective order preventing the depositions of Hongkong Entertainment Investment Ltd. and Century Insurance Co., Ltd. pursuant to Federal Rules of Civil Procedure Rule 26. The basis for this motion is provided in the memoranda of points and authorities filed herewith, the declaration of counsel and all proceedings of record in this case.

**WHEREFORE,** Defendants respectfully move this Court for a Protective order prohibiting the Noticed deposition of Hongkong Entertainment Investment Ltd. and Century Insurance Co., Ltd.

Dated this 27th day of August, 2005.

---
**COLIN M. THOMPSON, ESQ.**
Attorney for Century Insurance Company, Ltd. and Hongkong Entertainment (Overseas) Investment, Ltd.