Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Century Insurance Company Ltd. and*
*Hongkong Entertainment Investment Ltd.*

Clerk
District Court

AUG 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA S. SANTOS and<br>ANGEL SANTOS,<br><br>        Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT<br>(OVERSEAS) INVESTMENT LTD .dba,<br>TINIAN DYNASTY HOTEL & CASINO and<br>CENTURY INSURANCE CO., LTD.<br><br>        Defendants. | Civil Action No. 04-0030<br><br><br>DECLARATION OF COUNSEL<br>IN SUPPORT OF MOTION<br>FOR PROTECTIVE ORDER<br><br><br>Date : SEP - 1 2005<br>Time : 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

I, Colin M. Thompson, do declare that:

1. I am the attorney of record for Defendant, Century Insurance Co., Ltd and Hongkong Entertainment Investment Ltd. in this case.

2. I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

3. Attached to this declaration as Exhibit *"A"* is a true and correct copy of the Deposition Notice for Hongkong Entertainment Investment Ltd. dba Tinian Dynasty Hotel and Casino served on August 11, 2005.

4. Attached to this declaration as Exhibit *"B"* is a true and correct copy of the Deposition Notice for Century Insurance Co., Ltd served on August 12, 2005.

5. The cut-off date for serving of discovery was on August 1, 2005.

6. Plaintiff did not seek leave to amend the scheduling order prior to serving the attached Notices of Deposition.

I declare by penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this __27__ day of August, 2005.

_____
COLIN M. THOMPSON, ESQ
Attorney for Century Insurance Co., Ltd.
and Hongkong Entertainment Investment Ltd.

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Elenita A. Santos and Angel C. Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL C. SANTOS, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED, <br><br> Defendants. | CIVIL CASE NO. 04-0030 <br><br> NOTICE OF DEPOSITION FOR TINIAN DYNASTY HOTEL & CASINO |

TO: HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED
dba TINIAN DYNASTY HOTEL & CASINO

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant Tinian Dynasty Hotel and Casino at 9:30 a.m. on August 29, 2005 also at the Offices of O'Connor Berman Dotts & Banes pursuant to Rule 30 of the Federal Rules of Civil Procedure. Pursuant to Rule 30(b)(6) of the Fed. R. Civ. Pro., Defendant Tinian Dynasty Hotel & Casino shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf about the following subjects:

1. Mrs. Santos' fall at the stairway which is the subject of this lawsuit and Tinian Dynasty's investigation of the same.

2. Tinian Dynasty's safety procedures and practices.

3. Any prior incidences of a person slipping and falling anywhere on the premises of Tinian Dynasty including but not limited to any stairways.

4. Tinian Dynasty's safety record.

5. Tinian Dynasty's financial income and assets and liabilities.

6. Defendants' affirmative defenses, including but not limited to Defendants' assertion that Mrs. Santos contributed to her own fall and/or injuries.

7. Tinian Dynasty's compliance with the Uniform Building Code especially as to the stairs and stairways in general and the stairs where Mrs. Santos fell.

8. The facts and circumstances alleged in the Second Amended Complaint.

9. Any basis for contesting Plaintiffs' version of how she fell or the extent of her injuries.

Said deposition is noticed pursuant to Rule 30 of the Federal Rules of Civil Procedure, and said deponent shall provide documents and give testimony regarding all matters set forth in the Subpoena Ad Testificandum and Subpoena Duces Tecum.

This deposition shall be upon oral examination before an officer authorized by law to administer oaths. The examination will continue from day to day until completed. You are invited to attend and cross-examine.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, you are hereby notified that the deposition will be recorded by a cassette tape recorder. Upon completion of the

1  deposition, the tape recording shall be delivered to a secretarial service, which shall transcribe
2  the deposition from the tape recording. The tape recording will be made available to the
3  deponent by the secretarial service in connection with the review and signing of the deposition
4  by the deponent. Upon completion of such review and signing, the tape recording will not be
5  filed with the Court, it will be returned to the undersigned for reuse.

Dated: August __11__, 2005.                O'CONNOR BERMAN DOTTS & BANES
                                           Attorneys for Plaintiffs Elenita A. Santos and
                                           Angel C. Santos

                                           By: _____
                                               DAVID G. BANES

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Elenita A. Santos and Angel C. Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL C. SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED,<br><br>Defendants. | CIVIL CASE NO. 04-0030<br><br><br><br>NOTICE OF DEPOSITION FOR CENTURY INSURANCE CO., LTD. |

TO: CENTURY INSURANCE CO., LTD. ("Century Insurance")

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant Century Insurance Company, Ltd. at 3:30 p.m. on August 29, 2005 also at the Offices of O'Connor Berman Dotts & Banes pursuant to Rule 30 of the Federal Rules of Civil Procedure. Pursuant to Rule 30(b)(6) of the Fed. R. Civ. Pro., Defendant Tinian Dynasty Hotel & Casino shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf about the following subjects:



1

1.   Mrs. Santos' fall at the stairway which is the subject of this lawsuit and Century Insurance's investigation of the same.

2.   Any prior incidences of a person slipping and falling anywhere on the premises of Tinian Dynasty including but not limited to any stairways.

3.   Defendants' affirmative defenses, including but not limited to Defendants' assertion that Mrs. Santos contributed to her own fall and/or injuries.

4.   The facts and circumstances alleged in the Second Amended Complaint.

5.   Any basis for contesting Plaintiffs' version of how she fell or the extent of her injuries.

Said deposition is noticed pursuant to Rule 30 of the Federal Rules of Civil Procedure.

This deposition shall be upon oral examination before an officer authorized by law to administer oaths. The examination will continue from day to day until completed. You are invited to attend and cross-examine.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, you are hereby notified that the deposition will be recorded by a cassette tape recorder. Upon completion of the deposition, the tape recording shall be delivered to a secretarial service, which shall transcribe the deposition from the tape recording. The tape recording will be made available to the deponent by the secretarial service in connection with the review and signing of the deposition by the deponent. Upon completion of such review and signing, the tape recording will not be filed with the Court, it will be returned to the undersigned for reuse.

1  Dated: August 11, 2005.            O'CONNOR BERMAN DOTTS & BANES
2                                     Attorneys for Plaintiff Elenita A. Santos and
                                      Angel C. Santos
3
4
5                                     By: _____
                                          DAVID G. BANES
6                                         CNMI Bar ID No. F0171
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28