FILED
Clerk
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Elenita A. and Angel C. Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL SANTOS, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED, <br><br> Defendants. | CIVIL CASE NO. 04-0030 <br><br> NOTICE OF CROSS-MOTION FOR PROTECTIVE ORDER <br><br><br> Judge: Hon. Alex R. Munson <br> Date:  September 1, 2005 <br> Time:  9:00 a.m. |

Please take Notice that on September 1, 2005, at 9:00 a.m., or as soon thereafter as it may be heard, Plaintiffs will move this Court for a Protective Order.

Dated: August 30, 2005

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiffs Elenita and Angel Santos

By: _____
        DAVID G. BANES