F I L E D
Clerk
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

1 | **DAVID G. BANES, Esq.**
2 | **O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
3 | **P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
4 | **Facsimile No. (670) 234-5683**

5 | **Attorneys for Plaintiffs Elenita A. Santos and Angel C. Santos**

6

7 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

8

9 | ELENITA A. SANTOS and ) CIVIL CASE NO. 04-0030
ANGEL C. SANTOS, )
10 | )
| )
11 | Plaintiffs, )
| ) **PLAINTIFFS' SUPPLEMENTED**
12 | vs. ) **DISCLOSURE STATEMENT**
| )
13 | )
HONGKONG ENTERTAINMENT )
14 | (OVERSEAS) INVESTMENTS LIMITED )
dba TINIAN DYNASTY HOTEL & )
15 | CASINO, and CENTURY INSURANCE )
CO. LIMITED, )
16 | )
| )
17 | Defendants. )

18

19 | Plaintiffs, by and through their attorneys, pursuant to L.R. 16.2(c)(J)(d) and

20 | Fed.R.Civ.Pro. Rule 26(a), submit the following disclosures:

21

22 | A.    Persons With Potentially Discoverable Information

23 | Name/Address                          Subject Of Information

24 | 1.    Dr. Jerome Unatin              Treatment of the injuries Mrs. Santos
25 | South Bay Orthopaedic Specialists    sustained from her fall on Defendant's
Medical Center                       stairs.
26 | 23560 Crenshaw Blvd., Suite 102
Torrance, CA 90505
27 | Tel. No. (310) 784-2355

28

2.  Dr. Durgesh G. Nagarkatti          Treatment of the injuries Mrs. Santos
    280 Pale San Vitores Rd.           sustained from her fall on Defendant's
    Tamuning, Guam 96913               stairs.
    Tel. No. (671) 647-4542

3.  Dr. Florencio Lizama               Treatment of the injuries Mrs. Santos
    241 Farenholt Avenue, Suite 204    sustained from her fall on Defendant's
    Tamuning, Guam 96911-0000          stairs.
    Tel. No. (671) 649-8698

4.  Dr. Marina Raikhel                 Treatment of the injuries Mrs. Santos
    3640 W. Lomita Blvd., Suite 205    sustained from her fall on Defendant's
    Torrance, CA 90505-3927            stairs.
    Tel. No. (310) 373-8120

5.  Dr. Thomas M. Austin               Treatment of the injuries Mrs. Santos
    Commonwealth Health Center         sustained from her fall on Defendant's
    Navy Hill Road,                    stairs.
    P.O. Box 500409 CK
    Saipan, MP 96950
    Tel. No. (670) 234-8950 ext. 2930

6.  Guam Nursing Services              Provided care and rehabilitative services to
    PMB 472 Rte 8 #16-71               Mrs. Santos stemming from her fall on
    Maite, Guam 96927                  Defendant's stairs.
    Tel. No. (671) 649-2815

7.  Elenita A. Santos                  Knowledge of: the fall on Defendant's
    11940 Candor Street                stairs, the medical treatment received,
    Cerritos, CA 90703                 the pain and suffering, complications
    Tel. No. (562) 653-9714            arising from the injury and medical
                                       treatment, limitations on activity,
                                       emotional/psychological consequence
                                       resulting from the injury.

8.  Joseph A. Santos                   Knowledge of: the fall on Defendant's
    c/o counsel for Plaintiffs         stairs, the medical treatment received,
                                       the pain and suffering, complications
                                       arising from the injury and medical
                                       treatment, limitations on activity,
                                       emotional/psychological consequence
                                       resulting from the injury.

9.  Elenita and Angel Santos           Knowledge of: the fall on Defendant's
    c/o counsel for Plaintiffs         stairs, the medical treatment received,
                                       the pain and suffering, complications arising
                                       from the injury and medical treatment,

DRAFT UPDATED DISC RULE 26 NEW

| | | | |
|---|---|---|---|
| | | | limitations on activity, emotional/psychological consequence resulting from the injury. |
| 10. | Dora Taco c/o counsel for Plaintiffs | | Knowledge of: the fall on Defendant's stairs, the medical treatment received, the pain and suffering, complications arising from the injury and medical treatment, limitations on activity, emotional/psychological consequence resulting from the injury. |
| 11. | Elaine A. Santos, and her husband Tom 4263 Havenridge Drive Corona, CA 92883 Tel. No. (951) 737-7588 | | Knowledge of: the fall on Defendant's stairs, the medical treatment received, the pain and suffering, complications arising from the injury and medical treatment, limitations on activity, emotional/psychological consequence resulting from the injury. |
| 12. | Melissa A. Santos 11940 Candor Street Cerritos, CA 90703 Tel No. (562) 653-9714 | | Knowledge of: the fall on Defendant's stairs, the medical treatment received, the pain and suffering, complications arising from the injury and medical treatment, limitations on activity, emotional/psychological consequence resulting from the injury. |
| 13. | Gus Desolua,  Agent in Charge Tinian Health Center(THC) | | Dispatched emergency team to Defendant's place of business in order to transport Plaintiff to CHC.  Has knowledge of Plaintiff's physical condition, including pain/suffering immediately after the incident. |
| 14. | Tinian Police Dept. Tinian Dept. of Public Safety (DPS) | | Dispatched officers to defendant's place of business in order to transport Mrs. Santos to CHC.  Has knowledge of Mrs. Santos' physical condition, including pain/suffering immediately after the incident. |
| 15. | Pilot CHC Helicopter Team | | Dispatched emergency team to defendant's place of business in order to transport Mrs. Santos to CHC.  Has knowledge of Mrs. Santos' physical condition, including pain/suffering immediately after the incident. |

DRAFT UPDATED DISC RULE 26 NEW

16.    Frances Esguerra            The Housekeeper of Plaintiff's son Joseph.
       San Jose Village            Has knowledge of pain and suffering and
       Tinian, MP 96952            injuries of Plaintiff.  She was physically
                                   present at Casino at time of incident, but did
                                   not witness the fall.

17.    Vivian Hofschneider         Arranged Plaintiff's evacuation by
       Tinian Health Center        by helicopter from Tinian to Saipan.

18.    Alice Hofschneider          Medical Record Custodian who has access
       Tinian Health Center        to records concerning treatment Plaintiff
                                   received immediately after her fall.

B.    <u>Description of Relevant Document</u>

1.    Plaintiffs have already produced all documents, data compilations, and tangible things that are in its possession, custody and control as required by Rule 26(a) Fed.R.Civ.Pro.

2.    CNMI Uniform Building Code Sec. 3306(i)Handrails.

3.    Undated Statement by Joseph A. Santos, son of client, made to Robert J. O'Connor, Esq. (confidential/work product and protected by attorney-client privilege).

C.    <u>Computation of Damages</u>

At the present time, Mrs. Santos is still undergoing medical treatment for the injuries she suffered in this incident.  However, subject to update once additional information is available, Plaintiff has incurred the following damages up to the point of this disclosure:

-for medical bills, $44,965.94

-for attorney fees and costs pursuant to 2 CMC 7126(c), accrued as of July 30, 2005 in the amount of $71,514.00 and $6,712.00 respectively

-for alteration of Mrs. Santos' home to accommodate a new business that she is no longer able to pursue, $20,000.00

-for housekeeping services incurred as a result of her inability to perform such duties, $1400.00 (from February to August of 2005)

-total present damages: $144,591.94

Additionally, Mrs. Santos will incur the following damages in the future

-for future psychological treatment $19,950.00

-the amount for future medical treatment has not been determined, but will be disclosed to Defendants as soon as it is available

-for future housekeeping services that she will no longer be able to perform herself $26,000.00

-total future damages $45,950.00

-Total damages, both past and future: $190,541.94

D.      Insurance Agreement

Plaintiffs have been appraised of the insurance agreement between Defendants.

Dated: August 30, 2005.

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiffs

By: _____
        DAVID G. BANES
        CNMI Bar ID No. F0171

5
DRAFT UPDATED DISC RULE 26 NEW