Clerk
District Court

SEP 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Century Insurance Company Ltd. and
Hongkong Entertainment Investment Ltd.*

## IN THE DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ELENITA S. SANTOS and ANGEL SANTOS,** | Civil Action No. 04-0030 |
| Plaintiffs, | |
| vs. | **DECLARATION OF PAUL BARON** |
| **HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENT LTD .dba, TINIAN DYNASTY HOTEL & CASINO and CENTURY INSURANCE CO., LTD.** | Date : September 1, 2005<br>Time : 9:00 a.m.<br>Judge: Hon. Alex R. Munson |
| **Defendants.** | |

I, Paul Baron, do declare that:

1. I am a registered Professional Engineer in the Commonwealth of the Northern Mariana Islands and Guam. I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

2. At the request of Colin Thompson, I reviewed the architectural drawings and construction plans on file at the Department of Public Works (DPW) for the Tinian Dynasty Hotel and Casino.

3. I also reviewed all available files at the DPW relating to the issuance of occupancy permits, notice of violations, inspection reports and other related documents for the Tinian Dynasty Hotel and Casino, the staff housing and other main buildings.

1

4. Despite my search of all relevant files, drawings, and documents kept with custodian of records for the Department of Public Works, I found no permit relating to the stairs that are at issue in this lawsuit.

5. A Department of Public Work's employee indicated to me that the absence of any permit may indicate that the subject stairs did not require a building permit because the stairs do not connect directly to the exit of any building.

6. I found no record of any violation of the building code related to the subject stairs on file at DPW.

7. The findings noted in this declaration are true and accurate as of this date. However, these findings are preliminary and additional investigation is necessary in order to prepare a more complete and conclusive opinion as to whether or not there was a violation of the building code for the subject stairs .

8. I reported these facts to Mr. Thompson on the afternoon of August 30, 2005 to facilitate the preparation of this declaration.

I declare by penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this First day of September, 2005.

_____
PAUL K. BARON, P. E.
EFC Engineers and Architects