FILED
Clerk
District Court

SEP 01 2005

For The Northern Mariana Islands
By:_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

***********************************************************************************

CV-04-0030                                        September 1, 2005
                                                  8:50 a.m.

### ELENITA A. SANTOS, ET AL. -v- HONGKONG ENTERTAINMENT, ET AL

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            Galo L. Perez, Clerk of Court
            David Banes and George Hasselback, Attorney for Plaintiff
            Colin Thompson, Attorney for Defendant

PROCEEDINGS:   MOTION FOR PARTIAL SUMMARY JUDGMENT; MOTION FOR LEAVE TO FILE 3RD PARTY COMPLAINT; AND MOTION TO STRIKE AFFIDAVIT

   Attorney David Banes and George Hasselback appeared on behalf of Plaintiff. Attorney Colin Thompson appeared on behalf of Defendant.

   Court's preliminary ruling would be to deny the motion for partial summary judgment. Relative to the 3rd party complaint, the motion will be denied; and on the motion to strike affidavit, this motion is moot based on the court's preliminary rulings.

   Court, after hearing further arguments, adopts its tentative ruling and stated that an order will issue. Court will order the taking of deposition by September 12 through 16, 2005.

                                            Adjourned 9:10 a.m.

                                            /s/ Galo L. Perez
                                            Galo L. Perez, Clerk of Court