FILED
Clerk
District Court

SEP 01 2005

For The Northern Mariana Islands
By_____
  (Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0076

*Attorney for Century Insurance Company Ltd.*
*and Hongkong Entertainment (Overseas) Investment Ltd.*

### IN THE DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA S. SANTOS ) | Civil Action No. 04-0030 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CERTIFICATE OF |
| HONGKONG ENTERTAINMENT ) | SERVICE |
| (OVERSEAS) INVESTMENT LTD .dba, ) | |
| TINIAN DYNASTY HOTEL & CASINO and ) | |
| CENTURY INSURANCE CO., LTD. ) | |
| ) | |
| Defendants. ) | |
| ) | |

EMILY S. LICOP, hereby certifies that on August 29, 2005, true and correct copies of **DEFENDANTS ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER; DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR PROTECTIVE ORDER;** and **NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER** for the above-entitled case were served via hand delivery to:

**David G. Banes, Esq.**
Attorney at Law
Second Floor, Nauru Building
Susupe, Saipan

Dated this 30th day of August 2005

_____
EMILY S. LICOP