DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiffs Elenita A. and Angel C. Santos

FILED
Clerk
District Court

SEP 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED,<br><br>Defendants. | CIVIL CASE NO. 04-0030<br><br>STIPULATION AND ORDER<br><br>Judge: Munson, Chief Judge<br>Date: N/A<br>Time: N/A |

COMES NOW the parties, by and through counsel and hereby stipulate and agree to dismiss this matter pursuant to Fed.R.Civ.Pro. Rule 41(a)(1)(ii) with prejudice except the Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement recently executed by the parties.

1
DRAFT DISMISSAL.2

**SO STIPULATED.**

Dated: September 29, 2005.              By: /s/ David G. Banes
                                        David G. Banes
                                        Attorney for Plaintiffs Elenita Santos and
                                        Angel Santos

Dated: September 29, 2005.              By: /s/ Colin Thompson
                                        Colin Thompson
                                        Attorney for Defendants Century Insurance
                                        Co. and Hongkong Entertainment
                                        Overseas Investment Ltd.

**ORDER**

The parties' stipulation to dismiss this matter with prejudice is hereby GRANTED. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement recently executed by the parties.

SO ORDERED: 9-30-05

/s/ Alex R. Munson
Alex R. Munson, Chief Judge