FILED
Clerk
District Court

NOV 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  DAVID G. BANES, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683

5  Attorneys for Plaintiffs Elenita A. Santos and Angel Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ELENITA A. SANTOS and ANGEL SANTOS, | CIVIL CASE NO. 04-0030 |
| Plaintiffs, | PROOF OF SERVICE |
| vs. | |
| HONGKONG ENTERTAINMENT (OVERSEAS) INVESTMENTS LIMITED dba TINIAN DYNASTY HOTEL & CASINO, and CENTURY INSURANCE CO. LIMITED, | |
| Defendants. | |

The undersigned does hereby certify that copy of **STIPULATION AND ORDER (dismissal with prejudice)** was served as follows:

By hand delivery on October 4, 2005 upon:

    Emily Licop for Colin Thompson, Esq.
    Gualo Rai, Saipan, MP 96950

Dated this 16th day of November, 2005.

_____
Alexander L. Lopez

1
3087-01-051004-PL-ProofService-rcr